Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| This Document Relates to: | )<br>) |
| *Grant Kiser v. Pfizer Inc, et al.*<br>(06-6118 CRB) | )<br>)<br>) |
| *Connie Friedman-May, et al. v. Pfizer Inc, et al.*<br>(06-6119 CRB) | )<br>)<br>)<br>) |
| *Noralynn Roman, et al. v. Pfizer Inc, et al.*<br>(06-6120 CRB) | )<br>)<br>) |
| *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.*<br>(06-6121 CRB) | )<br>)<br>) |
| *Robert McCarrell v. Pfizer Inc, et al.*<br>(06-6124 CRB) | )<br>)<br>) |
| *Doris Hocker v. Pfizer Inc, et al.*<br>(06-6129 CRB) | )<br>)<br>) |
| *Patricia Rogers v. Pfizer Inc, et al.*<br>(06-6130 CRB) | )<br>)<br>) |
| *Robert Bates, et al. v. Pfizer Inc, et al.*<br>(06-6131 CRB) | )<br>)<br>) |
| *Patrick Lynch v. Pfizer Inc, et al.*<br>(06-6132 CRB) | )<br>)<br>) |
| *Christine Sullivan, et al. v. Pfizer Inc, et al.*<br>(06-6157 CRB) | )<br>)<br>) |

**MDL NO. 1699**
**District Judge:  Charles R. Breyer**

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2584625.1

1  *Robert E. Murray, et al. v. Pfizer, Inc, et al.* )
   (06-6158 CRB) )
2                                           )
   *Donald Davidson, et al. v. Pfizer Inc, et al.* )
3  (06-6161 CRB) )
                                            )
4  *Delores Poyner v. Pfizer Inc, et al.* )
   (06-6165 CRB) )
5                                           )
   *James Chapman, et al. v. Pfizer Inc, et al.* )
6  (06-6166 CRB) )
                                            )
7  *Michael Aquino, et al. v. Pfizer Inc, et al.* )
   (06-6168 CRB) )
8                                           )
   *Marie Shepard, et al. v. Pfizer Inc, et al.* )
9  (06-6169 CRB) )
                                            )
10 *James I. Jones, et al. v. Pfizer Inc, et al.* )
   (06-6171 CRB) )
11                                          )
   *Thomas Kamin, et al. v. Pfizer Inc, et al.* )
12 (06-6173 CRB) )
                                            )
13 *Ruben Dominguez v. Pfizer Inc, et al.* )
   (06-6180 CRB) )
14                                          )
   *Jennie Graziano v. Pfizer Inc, et al.* )
15 (06-6186 CRB) )
                                            )
16 *Leroy Horton, et al. v. Pfizer Inc, et al.* )
   (06-6190 CRB) )
17                                          )
   *Jerry Henry, et al. v. Pfizer Inc, et al.* )
18 (06-6091 CRB) )
                                            )
19 *Lyle Johnson v. Pfizer Inc, et al.* )
   (06-6194 CRB) )
20                                          )
   *Terry Smith v. Pfizer Inc, et al.* )
21 (06-6195 CRB) )
                                            )
22 *Barbara Dondero, et al. v. Pfizer Inc, et al.* )
   (06-6196 CRB) )
23                                          )
   *Barbara Hall v. Pfizer Inc, et al.* )
24 (06-6197 CRB) )
                                            )
25 *Patricia Parson v. Pfizer Inc, et al.* )
   (06-6198 CRB) )
26                                          )
   *Effie Crockett, et al. v. Pfizer Inc et al.* )
27 (06-6199 CRB) )
                                            )
28 *Lola Kolsen, et al. v. Pfizer Inc, et al.* )

-2-

1   (06-6200 CRB)                                        )

2   *Louis Pratt v. Pfizer Inc, et al.*                  )
    (06-6201 CRB)                                        )
3                                                        )
    *Paul Madison v. Pfizer Inc, et al.*                 )
4   (06-6202 CRB)                                        )

5   *Nancy Smith, et al. v. Pfizer Inc, et al.*          )
    (06-6203 CRB)                                        )
6                                                        )
    *Walter Johnston v. Pfizer Inc, et al.*              )
7   (06-6204 CRB)                                        )

8   *Murry McEwen v. Pfizer Inc, et al.*                 )
    (06-6205 CRB)                                        )
9                                                        )
    *Charles Griffin, et al. v. Pfizer, Inc, et al.*     )
10  (06-6206 CRB)                                        )

11  *Debbie Dethrage v. Pfizer Inc, et al.*              )
    (06-6207 CRB)                                        )
12                                                       )
    *Thomas Saunders, et al. v. Pfizer Inc, et al.*      )
13  (06-6208 CRB)                                        )

14  *Rex McDonald v. Pfizer Inc, et al.*                 )
    (06-6210 CRB)                                        )
15                                                       )
    *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*    )
16  (06-6211 CRB)                                        )

17  *Marjory Goodwin v. Pfizer Inc, et al.*              )
    (06-6212 CRB)                                        )
18                                                       )
    *Joy Glenn, et al. v. Pfizer Inc, et al.*            )
19  (06-6213 CRB)                                        )

20  *Connie Henderson, et al. v. Pfizer Inc, et al.*     )
    (06-6283 CRB)                                        )
21                                                       )
    *Aubrey Richardson, et al. v. Pfizer Inc, et al.*    )
22  (06-7201 CRB)                                        )

23  *Glenn Snyder, et al. v. Pfizer Inc, et al.*         )
    (06-7202 CRB)                                        )
24                                                       )
    *Jacques Tetrault, et al. v. Pfizer Inc, et al.*     )
25  (06-7203 CRB)                                        )

26  *Patricia Stevens v. Pfizer Inc, et al.*             )
    (06-7204 CRB)                                        )
27                                                       )
    *Robert Jennings, et al. v. Pfizer Inc, et al.*      )
28  (06-7205 CRB)                                        )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

1  *Alice Richardson, et al. v. Pfizer Inc, et al.*  )
2  (06-7206 CRB)  )
   )
3  *Steve Pardikes v. Pfizer Inc, et al.*  )
   (06-7306 CRB)  )
4  )
   *Rosalyn Chute v. Pfizer Inc, et al.*  )
5  (06-7381 CRB)  )
   )
6  *Carolyn Carter v. Pfizer Inc, et al.*  )
   (06-7570 CRB)  )
7  )
   *Margoth Gonzalez v. Pfizer Inc, et al.*  )
8  (06-7571 CRB)  )
   )
9  *Albert Blossom, et al. v. Pfizer Inc, et al.*  )
   (06-7676 CRB)  )
10  )
    *Viola Porter v. Pfizer Inc, et al.*  )
11  (06-7882 CRB)  )
    )
12  *Tami McKibben, et al. v. Pfizer Inc, et al.*  )
    (06-7883 CRB)  )
13  )
    *Joyce Matson, et al. v. Pfizer Inc, et al.*  )
14  (06-7958 CRB)  )
    )
15  *Michael Gatz, v. Pfizer Inc, et al.*  )
    (06-7959 CRB)  )
16  )
    *Shamela Carr v. Pfizer Inc, et al.*  )
17  (07-0022 CRB)  )
    )
18  *John Kennedy, Jr., et al. v. Pfizer Inc, et al.*  )
    (07-0023 CRB)  )
19  )
    *Debi Sweet v. Pfizer Inc, et al.*  )
20  (07-0231 CRB)  )
    )
21  *Clarence Bridges v. Pfizer Inc, et al.*  )
    (07-0413 CRB)  )
22  )
    *Elizabeth Hilton, et al. v. Pfizer Inc, et al.*  )
23  (07-0611 CRB)  )
    )
24  *Jeffrey Howard, et al. v. Pfizer Inc, et al.*  )
    (07-0816 CRB)  )
25  )
    *Brenda Brunson, et al. v. Pfizer Inc, et al.*  )
26  (07-1280 CRB)  )
    )
27  *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )
    (07-1353 CRB)  )
28

-4-

EAST\2584625.1

| | |
|---|---|
| 1 | *Emma White, et al. v. Pfizer Inc, et al.* )<br>(07-1432 CRB) ) |
| 2 | ) |
| 3 | *Abraham Nicholas v. Pfizer Inc, et al.* )<br>(07-1570 CRB) ) |
| 4 | *Vanessa King v. Pfizer Inc, et al.* )<br>(06-6815 CRB) ) |
| 5 | ) |
| 6 | *Jack Isaacs v. Pfizer Inc, et al.* )<br>(07-1991 CRB) ) |
| 7 | *Michael Coleman v. Pfizer Inc, et al.* )<br>(07-1992 CRB) ) |
| 8 | ) |
| 9 | *Detrea Robinson v. Pfizer Inc, et al.* )<br>(07-2630 CRB) ) |
| 10 | *Edna Burnette v. Pfizer Inc, et al.* )<br>(07-2690 CRB) ) |
| 11 | ) |
| 12 | *Belinda Rolston, et al. v. Pfizer Inc, et al.* )<br>(07-2691 CRB) ) |
| 13 | *Lorraine Maher v. Pfizer Inc, et al.* )<br>(07-2692 CRB) ) |
| 14 | ) |
| 15 | *Cloteal Smith, et al. v. Pfizer Inc, et al.* )<br>(07-3284 CRB) ) |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2584625.1

1

DATED: 10-29, 2009      By: _____

2

3      **WEITZ & LUXENBERG, PC**
       700 Broadway
4      New York, New York 10003
       Telephone: 212-558-5000
       Facsimile: 212-344-5461
5

6      *Attorneys for Plaintiffs*

       DATED: Nov. 2, 2009      By: _____
7

8      **DLA PIPER LLP (US)**
       1251 Avenue of the Americas
9      New York, New York 10020
       Telephone: 212-335-4500
10     Facsimile: 212-335-4501

11     *Defendants' Liaison Counsel*

12

13

14     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
15

16

       Dated: NOV 1 3 2009
17
       Hon. Charles R. Breyer
18     United States District Court

19

20

21

22

23

24

25

26

27

28

-6-